IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CASE NO. 4:21-CR-22 (CDL)** |
| : | |
| **TRENNA D. TRICE** : | |
| : | |
| **Defendant** : | |
| : | |

## PRELIMINARY ORDER OF FORFEITURE/MONEY JUDGMENT

WHEREAS, on December 20, 2021, Defendant Trenna D. Trice (hereinafter "Trice" or "Defendant"), pled guilty to Count One of the Information charging her with Wire Fraud, in violation of Title 18, United States Code, Section 1343;

AND WHEREAS, the Information contained a Forfeiture Notice, pursuant to which the United States seeks forfeiture under Title 18, United States Code, Section 981(a)(1)(C), in conjunction with Title 28, United States Code, Section 2461(c), of any property, real or personal, which constitutes or is derived from proceeds traceable to said violation(s), including, but not limited to, a personal money judgment in an amount to be determined;

AND WHEREAS, the Defendant pled guilty in a written Plea Agreement to Count One of the Information charging that Trice, for purposes of willfully executing a scheme with intent to defraud and obtain money by false and fraudulent pretenses, representations, and promises, caused to be transmitted in interstate commerce, by

means of wire communications, certain signs, signals, and sounds, to wit: approximately 400 financial transactions involving checks and credit card charges that were intended for the benefit of the UNCF, but which the Defendant then diverted without authorization for her own personal use; all in violation of Title 18, United States Code, Section 1343;

AND WHEREAS, in her Plea Agreement, the Defendant agreed to the forfeiture/money judgment consisting of a personal money judgment against her in the amount of two hundred forty thousand, two hundred fifty-nine dollars ($240,259.00);

AND WHEREAS, the United States has filed a Motion and Memorandum for the Issuance of a Preliminary Order of Forfeiture/Money Judgment against Trice in the amount of $240,259.00, representing the proceeds of the violation, obtained directly or indirectly, as a result of such offense(s); and

WHEREAS, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment";

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), 18 U.S.C. § 3554, and Rule 32.2(b), Federal Rules of Criminal Procedure, the Court finds by a preponderance of the evidence that the United States has demonstrated the required

nexus between the personal money judgment amount and the offense(s) of conviction, and the Defendant shall forfeit to the United States the sum of two hundred forty thousand, two hundred fifty-nine dollars ($240,259.00).

2. The United States District Court, Middle District of Georgia, shall retain jurisdiction in the case for the purpose of enforcing this Order of Forfeiture/Money Judgment.

3. Pursuant to FED. R. CRIM. P. 32.2(b)(4), this Order of Forfeiture/Money Judgment shall become final as to the Defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

4. As issued this date, this Order of Forfeiture/Money Judgment consists of a judgment for a sum of money. The United States may, at any time, move pursuant to FED. R. CRIM. P. 32.2(e), to amend this Order of Forfeiture/Money Judgment if the Government locates specific assets traceable to the subject property or other assets subject to forfeiture as substitute assets pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), through 18 U.S.C. § 981(a)(1)(C).

SO ORDERED, this 8th day of March, 2022.

S/Clay D. Land
_____
CLAY D. LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA