✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

**TRENNA D. TRICE**

Crim. No. 4:21-CR-00022-001 (CDL)

On August 20, 2023, the supervised release period of 24 months commenced. Trenna D. Trice has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended that Trenna D. Trice be discharged from supervision.

Respectfully submitted,

Jennifer T. Fowler
Drug and Alcohol Treatment Specialist

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 3rd day of August, 2026.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA